69 A.3d 216

**Carlton F. ANDERSON, Appellant**

v.

**The PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2013.

## ORDER

PER CURIAM.

AND NOW, this 17th day of June, 2013, the order of the Commonwealth Court is AFFIRMED.